# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. Action No. 24CR220 (RDM)** |
| **CHRISTINA CHAPMAN,** | |
| Defendant. | |

## MS. CHAPMAN'S MOTION FOR PAYMENT OF TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285

Christina Chapman, through undersigned counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the United States Marshal to make transportation arrangements designed to bring Ms. Chapman from her residence in Phoenix, Arizona to the District of Columbia for the sentencing hearing scheduled July 16 at 10am.

Ms. Chapman has previously been determined to be financially unable to obtain retained counsel and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may:

> direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

18 U.S.C. § 4285.

Ms. Chapman has not had any income since she ceased her involvement with the criminal endeavor that underly the instant case. She was subsequently evicted from her home and forced to move to a group home, paid for by pre-trial services in Phoenix. At the conclusion of the plea hearing, the Court indicated that it would order the marshal service to bare the expense of her non-custodial transfer to court for sentencing, at which time it is understood that she will go into custody.

Accordingly, Ms. Chapman respectfully requests that the Court enter the attached Order directing the Marshal to make appropriate arrangements to facilitate Ms. Chapman's appearance before the court.

                                        Respectfully Submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        _____/s/_____
                                        ALEXIS M. GARDNER
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C. 20004
                                        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTINA CHAPMAN,**<br><br>       Defendant. | **Crim. Action No. 24CR220 (RDM)** |

## **PROPOSED ORDER**

It is hereby ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to arrange and expense air flight transportation and a hotel overnight for Ms. Chapman to secure her appearance at the sentencing hearing on July 16, 2025 at 10:00 a.m..

IT IS SO ORDERED this _____ day of May, 2025.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT CHIEF JUDGE